FILED
2021 Dec-27 PM 02:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION**

| | | |
|---|---|---|
| ROBERT CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 7:21-CV-01337-LSC |
| | ) | UNOPPOSED |
| LINCOLN LIFE ASSURANCE | ) | |
| COMPANY OF BOSTON, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION REGARDING DEADLINE FOR
DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, The Lincoln Life Assurance Company of Boston, files this Unopposed Motion Regarding Deadline for Defendant to Respond to Plaintiff's Complaint.

1. Plaintiff filed this lawsuit on October 6, 2021. Defendant was served with process on December 6, 2021, and thus must file its Answer or otherwise respond by December 27, 2021.

2. Defendant requests an extension to respond or answer Plaintiff’s Complaint in order to allow it time to obtain the necessary documents to appropriately respond to the Complaint. As such, Defendant requests that the Court enter an order that Defendant have until and including January 10, 2022, to answer or otherwise respond to Plaintiff's Complaint.

3. Counsel for the Defendant conferred with Plaintiff's counsel, Jeff S. Daniel, with regard to the relief requested in this Motion, and Mr. Daniel has stated that Plaintiff is not opposed to this Motion.

4. This Unopposed Motion Regarding Deadline for Defendant to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

**PRAYER**

Defendant requests that the Court enter an order that Defendant in this matter have until and including January 10, 2022, to answer or otherwise respond to Plaintiff's Complaint.

Dated this 27th day of December 2021.

Respectfully submitted,

/s/ *Matthew W. Robinett*

Matthew W. Robinett
ASB-3523-I72M
Attorney for Defendant
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com

- *And* -

Iwana Rademaekers, Esq.
(*Pro Hac Vice Motion Pending*)
Texas Bar No. 16452560
Attorney for Defendant
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of December 2021, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to counsel for the following parties:

Jeff S. Daniel
Email: jsd10@bellsouth.net

/s/ *Matthew W. Robinett*
Matthew W. Robinett