FILED
2022 Jan-10 PM 05:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ROBERT CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 7:21-CV-01337-LSC |
| | ) | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION REGARDING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND DEADLINE FOR INITIAL CONFERENCE**

Defendant, The Lincoln Life Assurance Company of Boston ("Lincoln Life"), files this Unopposed Motion Regarding Deadline for Defendant to Respond to Plaintiff's Complaint and Deadline for Initial Conference.

1. Plaintiff filed this lawsuit on October 6, 2021. Lincoln Life was served with process on December 6, 2021, and the Court previously entered an Order extending the deadline for Lincoln Life to file its answer or otherwise respond by January 10, 2022 (Doc 7). Additionally, the Court has entered its Uniform Initial Order (Doc 9), which gives the parties 30 days from Lincoln Life's initial appearance to conduct the Rule 26(f) conference, which would set a deadline of January 26, 2022.

2. The parties have been discussing the issues in this litigation and have been working cooperatively to sort out procedural issues with regard to Plaintiff's claim. The parties have determined that another defendant, the Westervelt Company Short Term Disability Plan, should be added to the action. Accordingly, Defendant requests an extension for Liberty Life to respond or answer Plaintiff's Complaint until and including February 9, 2022, while the parties work to resolve the procedural issues. Additionally, Defendant requests that the Court enter an Order amending the Uniform Initial Order to extend the deadline to conduct the Rule 26(f) conference until 30 days from the appearance by the Westervelt Company Short Term Disability Plan in the action.

3. Counsel for the Defendant conferred with Plaintiff's counsel, Jeff S. Daniel, with regard to the relief requested in this Motion, and Mr. Daniel has stated that Plaintiff is not opposed to this Motion.

4. This unopposed motion is not filed for purpose of delay, but only so that justice may be done.

**PRAYER**

Defendant requests that the Court enter an order that Lincoln Life have until and including February 9, 2022, to answer or otherwise respond to Plaintiff's Complaint, and that the deadline for the parties to conduct the Rule 26(f) conference

be extended to 30 days from the appearance by the Westervelt Company Short Term Disability Plan.

Dated this 10th day of January 2022.

Respectfully submitted,

/s/ *Iwana Rademaekers*
Iwana Rademaekers, Esq.
(*Pro Hac Vice Motion Pending*)
Texas Bar No. 16452560
Attorney for Defendant
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- *And* -

Matthew W. Robinett
ASB-3523-I72M
Attorney for Defendant
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 10th day of January 2022, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to counsel for the following parties:

Jeff S. Daniel
Email: jsd10@bellsouth.net

/ s/ *Iwana Rademaekers*
Iwana Rademaekers