FILED
2022 Apr-15 AM 08:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Alabama

Robert Caldwell

V.

Lincoln Life Asurance Company of Boston, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 7:21-cv-01337-LSC

TO: (Name and address of Defendant)

The Westervelt Company
c/o Ray Robbins, registered agent
1400 Jack Warner Pkwy NE
Tuscaloosa, AL 35404

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeff S. Daniel
LAW OFFICE OF JEFF S. DANIEL, P.C.
P.O. Box 131323
Birmingham, AL 35213

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sharon Harris
CLERK

4/15/22
DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
NORTHERN ALABAMA
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203