FILED
2022 May-16 PM 01:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT CALDWELL** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO. 7:21-CV-01337-LSC** |
| | ) | **UNOPPOSED** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON and THE WESTERVELT COMPANY**[1]**,** | ) | |
| **Defendants.** | ) | |

**CONSENT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

**COMES NOW** Defendant The Westervelt Company ("Westervelt" or "Defendant"), by and through its undersigned counsel, and respectfully requests an additional twenty-one days, until June 6, 2022, to file a responsive pleading to Plaintiff's Complaint.[2] Defendant's motion is due to be granted for the following reasons:

1. Plaintiff filed his Complaint against Lincoln Life Assurance Company of Boston in the United States District Court for the Northern District of Alabama on October 6, 2021. (Doc. 1). Plaintiff amended his Complaint on April 6, 2022 naming Westervelt as an additional defendant.

---

[1] The Westervelt Company is named a defendant in the body of Plaintiff's Amended Complaint, but is not reflected in the Amended Complaint's styling of this matter.
[2] Westervelt expressly preserves and does not waive any and all available defenses, including those defenses specifically enumerated in Rule 12(b) of the Federal Rules of Civil Procedure.

2. The undersigned counsel was recently retained by Westervelt and needs additional time to prepare and file a responsive pleading. Therefore, Westervelt respectfully requests an additional twenty-one (21) days, until June 6, 2022, to file its responsive pleading in this Court.

3. The undersigned counsel spoke with Plaintiff's counsel who consented to Westervelt's request for an additional twenty-one (21) days to file a responsive pleading.

4. No prejudice will result to any party from the granting of this request for a brief extension.

WHEREFORE, PREMISES CONSIDERED, Defendant The Westervelt Company respectfully requests an additional twenty-one (21) days, until June 6, 2022, to file a responsive pleading in the above-referenced lawsuit.

Respectfully submitted by,

/s/ *Grace R. Murphy*
Grace R. Murphy
Matthew S. Edinger

*Attorneys for The Westervelt Company*

**<u>OF COUNSEL</u>:**
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 1700
Birmingham, AL 35203-2618
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
gmurphy@maynardcooper.com
medinger@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed with the Court on this the 16th day of May, 2021, via the CM/ECF system and that the foregoing was served via the CM/ECF system by electronic mail or via U.S. mail, postage prepaid and properly addressed to the following:

Jeff S. Daniel
LAW OFFICE OF JEFF DANIEL, P.C.
Post Office Box 131323
Birmingham, AL 35213
Tel: (205) 531-1287
Fax: (205) 327-5773
jsd10@bellsouth.net

*Attorney for Plaintiff*

Iwana Rademaekers
LAW OFFICE OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, TX 75252
Tel: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

Matthew W. Robinett
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Tel: (205) 328-6643
Fax: (205) 251-5479
mrobinett@nwkt.com

*Attorneys for Defendant Liberty Life Assurance Company of Boston*

/s/ *Grace R. Murphy*
OF COUNSEL