FILED
2022 May-16 PM 02:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT CALDWELL**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON and THE WESTERVELT COMPANY,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO. 7:21-CV-01337-LSC**<br>**UNOPPOSED** |

# CORPORATE DISCLOSURE STATEMENT

Comes Now Defendant The Westervelt Company and, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files this corporate disclosure statement and states as follows:

The Westervelt Company hereby states that it has no parent company and no publicly held corporation owns ten percent (10%) or more of its stock.

Respectfully submitted by,

/s/ *Grace R. Murphy*
Grace R. Murphy
Matthew S. Edinger

*Attorneys for The Westervelt Company*

**<u>OF COUNSEL</u>:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 1700
Birmingham, AL 35203-2618
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
gmurphy@maynardcooper.com
medinger@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed with the Court on this the 16th day of May, 2022, via the CM/ECF system and that the foregoing was served via the CM/ECF system by electronic mail or via U.S. mail, postage prepaid and properly addressed to the following:

Jeff S. Daniel
LAW OFFICE OF JEFF DANIEL, P.C.
Post Office Box 131323
Birmingham, AL 35213
Tel: (205) 531-1287
Fax: (205) 327-5773
jsd10@bellsouth.net

*Attorney for Plaintiff*

Iwana Rademaekers
LAW OFFICE OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, TX 75252
Tel: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

Matthew W. Robinett
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Tel: (205) 328-6643
Fax: (205) 251-5479
mrobinett@nwkt.com

*Attorneys for Defendant Liberty Life Assurance Company of Boston*

/s/ *Grace R. Murphy*
OF COUNSEL