FILED
2022 Jun-03 AM 09:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| Robert Caldwell, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | Civil Action No.: |
| | ] | 7:21-cv-1337-LSC |
| Lincoln Life Assurance Company of Boston, | ] | |
| | ] | |
| Defendant. | ] | |

## Order for Mediation

This case is referred to mediation pursuant to Section IV,B of this court's Alternative Dispute Resolution Plan, adopted December 1, 1993 (the "Plan").[1] The parties are directed to proceed forthwith to select a mediator from the court's Panel of Neutrals in accord with the requirements of the Plan. By no later than June 13, 2022, the parties shall notify Shawn Murray(shawn_murray@alnd.uscourts.gov), of the person selected to serve as mediator, failing which the court will proceed in accordance with Section IV,B,3,b of the Plan. Alternatively, the parties may agree to utilize any alternate form of Alternative Dispute Resolution pursuant to Section IV,A of the Plan. In any event, they are required to notify the ADR Administrator of the name and address of the person selected to serve as the neutral mediator/arbitrator.

[1] Mediation is a mandatory but non-binding settlement conference, conducted with the assistance of the mediator. All aspects of mediation are private, confidential and privileged from process and discovery. The process is treated as a compromise negotiation for purposes of the Federal Rules of Evidence and State rules of evidence. The mediator is disqualified as a witness, consultant, attorney, or expert in any pending or future action relating to the dispute, including actions between persons not parties to the mediation process. No subpoenas, citations, writs, or other process shall be served at or near the location of any mediation session, upon any person entering, leaving or attending any mediation session. Following mediation, the mediator will report to the court only that a settlement was reached or mediation was conducted and no agreements were reached, and nothing more.

A current list of the court's panel of neutrals who are available for service as mediators is available on the court's website (alnd.uscourts.gov).

The parties are required to notify the court that they have made appropriate arrangements with the person selected to serve in that role.

While the action is referred to the ADR program, all proceedings are STAYED for a period of __0__ days.

Done this 3rd day of June, 2022.

L. Scott Coogler
United States District Judge
173538