FILED
2022 Jun-06 PM 01:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT CALDWELL** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO. 7:21-CV-01337-LSC** |
| | ) | **UNOPPOSED** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON and THE WESTERVELT COMPANY[1],** | ) | |
| **Defendants.** | ) | |

**<u>NOTICE OF NON-OPPOSITION REGARDING DEFENDANT'S MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT</u>**

**COMES NOW** Defendant The Westervelt Company ("Westervelt" or "Defendant"), by and through its undersigned counsel and states the following in support of its Motion to Extend Time to File Responsive Pleading to Plaintiff's Complaint:

1. On June 3, 2022, Westervelt filed its Motion to Extend Time to File Responsive Pleading to Plaintiff's Complaint seeking an additional fourteen (14) days, until June 20, 2022, to file a responsive pleading to Plaintiff's Amended Complaint. (Doc. 22).

[1] The Westervelt Company is named a defendant in the body of Plaintiff's Amended Complaint, but is not reflected in the Amended Complaint's styling of this matter.

2. At that time, Plaintiff had not yet responded to Westervelt's request for consent.

3. On June 6, 2022, Plaintiff consented to Westervelt's request for a fourteen (14) day extension to file a responsive pleading to Plaintiff's Amended Complaint.

WHEREFORE, PREMISES CONSIDERED, Defendant The Westervelt Company respectfully requests an additional fourteen (14) days, until June 20, 2022, to file a responsive pleading in the above-referenced lawsuit.

Respectfully submitted by,

/s/ *Grace R. Murphy*
Grace R. Murphy
Matthew S. Edinger

*Attorneys for The Westervelt Company*

**<u>OF COUNSEL</u>:**
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 1700
Birmingham, AL 35203-2618
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
gmurphy@maynardcooper.com
medinger@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed with the Court on this the 6th day of June, 2022, via the CM/ECF system and that the foregoing was served via the CM/ECF system by electronic mail or via U.S. mail, postage prepaid and properly addressed to the following:

Jeff S. Daniel
LAW OFFICE OF JEFF DANIEL, P.C.
Post Office Box 131323
Birmingham, AL 35213
Tel: (205) 531-1287
Fax: (205) 327-5773
jsd10@bellsouth.net

*Attorney for Plaintiff*

Iwana Rademaekers
LAW OFFICE OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, TX 75252
Tel: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

Matthew W. Robinett
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Tel: (205) 328-6643
Fax: (205) 251-5479
mrobinett@nwkt.com

*Attorneys for Defendant Liberty Life Assurance Company of Boston*

/s/ *Grace R. Murphy*
OF COUNSEL