FILED
2022 Jun-20 PM 01:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT CALDWELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 7:21-cv-01337-LSC** |
| **LINCOLN LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# JOINT NOTICE OF SETTLEMENT

Plaintiff Robert Caldwell and Defendants Lincoln Life Assurance Company of Boston and The Westervelt Company hereby give notice that this case has settled. The parties are currently working on finalizing settlement documents and plan to file a Stipulation of Dismissal with the Court to dismiss this case with prejudice within the next 30 days.

Respectfully submitted,

*/s/ Jeff S. Daniel*

Jeff S. Daniel, Esq.
LAW OFFICE OF JEFF S. DANIEL, P.C.
*Attorneys for Plaintiff*
P.O. Box 131323
Birmingham, AL 35213
Tel: (205) 531-1287
Fax: (205) 327-5773
Email: jsd10@bellsouth.net

**- AND -**

/s/ *Iwana Rademaekers*
Iwana Rademaekers, Esq.
(Admitted Pro Hac Vice)
Texas Bar No. 16452560
*Attorney for Defendant Lincoln Life Assurance Company of Boston*
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- *And* -

Matthew W. Robinett
ASB-3523-I72M
*Attorney for Defendant Lincoln Life Assurance Company of Boston*
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com

**AND**

/s/ *Grace R. Murphy*
Grace R. Murphy
Matthew S. Edinger
*Attorneys for Defendant The Westervelt Company*
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203-2618

Telephone: (205) 254-1000
Facsimile: (205) 254-1999
gmurphy@maynardcooper.com
medinger@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of June 2022, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to counsel for the following parties:

Jeff S. Daniel
Email: jsd10@bellsouth.net

Grace R. Murphy
gmurphy@maynardcooper.com

Matthew S. Edinger
medinger@maynardcooper.com

/s/ *Iwana Rademaekers*
Iwana Rademaekers